IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DIANE BUTLER and
WAYNE BUTLER                                                    PLAINTIFFS

V.                       CASE NO. 1:12-CV-01063-SOH

FARMERS INSURANCE CO., INC.                                      DEFENDANT

### ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs Diane Butler and Wayne Butler, submit to the Court that all of their claims against Farmers Insurance Company, Inc., have been resolved and this matter should be and is hereby DISMISSED WITH PREJUDICE with each party to bear their own costs and attorney's fees.

IT IS SO ORDERED this 19th day of March 2013.

_____
Honorable Susan O. Hickey
United States District Judge

Prepared By:

Stuart P. Miller
MITCHELL, WILLIAMS, SELIG,
  GATES & WOODYARD, P.L.L.C.
425 W. Capitol Ave., Suite 1800
Little Rock, AR 72201
Telephone - (501) 688-8896
*Attorney for Defendant*

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

MAR 19 2013

CHRIS R. JOHNSON, Clerk
By
  Deputy Clerk

Approved as to Form and Content:

Michael Ray
Ray Law Firm
P. O. Box 1123
Crossett, AR 71635
*Attorney for Plaintiff*